UNITED STATES COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| SARRAN N. GARRETT,<br><br>    Plaintiff,<br><br>v.<br><br>REPUBLIC FINANCE LLC, ADVANCED COLLECTION BUREAU, INC., SANTANDER CONSUMER USA, INC., VINELAND CARRIAGE HOMES, HUNTER WARFIELD, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION, LLC,<br><br>    Defendants. | CIVIL ACTION NO. 3:23-cv-492-DJH<br><br>Removed from Hardin County Circuit Court<br>Case No. 23-CI-01230 |

## NOTICE OF REMOVAL

Defendant, Santander Consumer USA Inc. ("Santander"), by counsel and pursuant to 28 U.S.C. §§ 1331, 1367, 1441, 1446, and 1447, files this Notice of Removal to remove the action described below from the Commonwealth of Kentucky, Hardin Circuit Court, to the United States District Court for the Western District of Kentucky, Louisville Division.

    I.    STATEMENT OF THE CASE

    1.    On August 21, 2023, Plaintiff commenced Case No. 23-CI-01230, styled *Sarran N. Garrett v. Republic Finance, LLC, et al.*, in the Hardin Circuit Court,

Commonwealth of Kentucky (the "State Court Action").[1] Plaintiff alleges violations of the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681 *et seq.* Plaintiff seeks statutory damages, punitive damages, compensatory damages, and attorneys' fees. This Court has federal question jurisdiction over Plaintiff's FCRA claims.

## II. TIMELINESS OF REMOVAL

2. On or about September 1, 2023, Plaintiff served Santander with a Summons and Verified Complaint filed in the Commonwealth of Kentucky, Hardin Circuit Court. Thirty days have not expired since this service has occurred.[2] This was the first notice of this action served upon Santander. Accordingly, this Notice of Removal is timely.[3]

## III. VENUE

3. Venue for this Notice of Removal is proper in the United States District Court for the Western District of Kentucky, Louisville Division, pursuant to 28 U.S.C. § 1441(a) and 28 U.S.C. § 97(b), because this district and division includes Hardin County, Kentucky – the location of the pending State Court Action.

## IV. BASIS FOR REMOVAL: FEDERAL QUESTION JURISDICTION

4. This Court has jurisdiction over this case pursuant to 28 U.S.C. § 1331, which provides that "[t]he district courts shall have original jurisdiction of all civil

---

[1] A copy of the Plaintiff's "Verified Complaint" ("Complaint") is attached as Exhibit A.
[2] *See* Exhibit A.
[3] *See* 28 U.S.C. § 1446(b) ("The notice of removal of a civil action or proceeding shall be filed within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based, or within 30 days after the service of summons upon the defendant if such initial pleading has then been filed in court and is not required to be served on the defendant, whichever period is shorter.").

2

actions arising under the Constitution, laws, or treaties of the United States." Plaintiff alleges a claim arising under the laws of the United States. Under the "well-pleaded complaint rule," federal question removal is appropriate "when a federal question is presented on the face of the plaintiff's properly pleaded complaint." *Caterpillar Inc. v. Williams*, 482 U.S. 386, 392 (1987). Because Plaintiff alleges FCRA claims, this Court has federal question jurisdiction.[4]

    5.    Any state law claims alleged in the Complaint are so related to the federal law claims that they form part of the same case or controversy involving the subject matter of the complaint. This Court thus has supplemental jurisdiction over said claims pursuant to 28 U.S.C. § 1367(a).

    V.    <u>PROCEDURAL REQUIREMENTS HAVE BEEN SATISFIED</u>

    6.    With this Notice of Removal, Santander has filed true and accurate copies of all file-stamped documents filed in this case as required by 28 U.S.C. § 1446(a), attached hereto as <u>Exhibit A</u>.

    7.    Pursuant to 28 U.S.C. § 1446(d), promptly after filing this Notice of Removal, Defendant is providing Plaintiff, through counsel, with written notice of removal; and a copy of this Notice of Removal is being filed with the Hardin County Circuit Court.

---

[4] *See* Complaint ¶ 1.

8. No other named defendant has appeared in the action, and Counsel for Defendant has confirmed with the Hardin County Circuit Court, by phone, that no return of service or proof of service has been filed in the State Court Action. To the best of Santander's knowledge, no other named defendant in this matter has been served as of the date and time of this Notice of Removal.

## VI. CONCLUSION

WHEREFORE, Defendant respectfully notifies the Court of the removal of this action from Hardin Circuit Court.

Dated: September 20, 2023

Respectfully submitted,

*/s/ Neal Bailen*
Neal Bailen, Bar No. 91838
STITES & HARBISON, PLLC
400 West Market Street, Suite 1800
Louisville, Kentucky 40202-3352
Telephone: (812) 282-7566
Email: nbailen@stites.com

*Counsel for Defendant Santander Consumer USA Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 20, 2023, a true and correct copy of the foregoing was served via the Court's ECF filing system.

*/s/ Neal Bailen*
Neal Bailen