UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| SARRAN GARRETT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO.: 3:23-cv-00492-DJH-CHL |
| | ) |
| REPUBLIC FINANCE, LLC ET AL. | ) |
| | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF VOLUNTARY DISMISSAL

NOW COMES Plaintiff, Sarran Garrett, pursuant to FRCP 41, and hereby files this Notice of Voluntary Dismissal with prejudice of the above-referenced action against Defendant, Trans Union, LLC, only, which has neither filed an Answer nor Motion for Summary Judgment in this action. Each party shall bear his/its own fees.

Respectfully submitted this 18th day of December, 2023.

HEMMINGER LAW OFFICE, PSC

/s/*David W. Hemminger*
David W. Hemminger
HEMMINGER LAW OFFICE, P.S.C.
331 Townepark Circle, Suite 100-C
Louisville, KY 40243
Tel: (502) 443-1060
Fax: (502) 873-5300
Email: hemmingerlawoffice@gmail.com
*Counsel for Plaintiff*