UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

SARRAN N. GARRETT,                                                                                      Plaintiff,

v.                                                                        Civil Action No. 3:23-cv-492-DJH-CHL

REPUBLIC FINANCE, LLC et al.,                                                                        Defendants.

\* \* \* \* \*

## ORDER

Plaintiff Sarran Garrett having filed a notice of voluntary dismissal with prejudice as to her claims against Trans Union, LLC (Docket No. 20), and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that Garrett's claims against Trans Union, LLC are **DISMISSED** with prejudice. The Clerk of Court is **DIRECTED** to terminate Trans Union, LLC as a defendant in the record of this matter.

This Order does not affect Garrett's claims against any other defendant.

December 19, 2023

David J. Hale, Judge
United States District Court

1